MARJORIE FEARMAN, an Infant, by FRANK FEARMAN, Her Guardian ad Litem, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Submitted March 30, 1931; decided April 7, 1931.)

*Mark N. Turner* for motion.

*John S. Lambert* opposed.

Motion denied, with ten dollars costs.